█    JOHN K. POLICHAK, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent. — Order of the Supreme Court, Nassau County, entered July 25, 1968, affirmed, without costs. No opinion. The notice of appeal erroneously refers to the date of entry of the order as August 31, 1968. We have treated the notice of appeal as valid (CPLR 5520, subd. [c]). Beldock, P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.